María Sabina, Jesús y Victoria Rivera, representados por su madre con patria potestad Julia Rivera, demandantes y apelantes, *v.* Francisco Cardona, demandado y apelado.

Núm. 7998.*

Opinión Disidente del Juez Asociado Señor Wolf

El artículo 129 del Código Civil provee:

"El derecho a los alimentos de que habla el artículo anterior, sólo podrá ejercitarse:

"1. Si la paternidad o maternidad se infiere de una sentencia firme dictada en proceso criminal o civil.

"2. Si la paternidad o maternidad resulta de un documento indubitado del padre o de la madre, en que expresamente reconozca la filiación."

Me parece obvio que la sentencia o documento indubitado deben existir al momento de radicar la demanda; que no puede haber derecho de otro modo; que la sentencia ahora dictada no puede tener efecto retroactivo.

Con referencia al caso de *Morales* v. *Landrau,* 15 D.P.R. 782 que se menciona o en el que descansa en parte la opinión de la mayoría, los herederos adquieren sus derechos y tienen *status* de tales desde el momento de la muerte de su causante; y una declaratoria de herederos es un medio de identificar los herederos, pero no establece ni determina derechos.

Razonamientos similares son aplicables a mi disentimiento en los casos criminales citados en la página 820 de la opinión de la mayoría.

---

* Nota: Véase la opinión de la mayoría en la pág. 819.